UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS CHIDESTER, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 2:14-cv-13061-JCO-MJH |
| ) | |
| v. ) | |
| ) | |
| AMCOL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation for Dismissal without Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs related to those claims.

SO ORDERED.

Date: March 5, 2015                                  s/John Corbett O'Meara
                                                              United States District Judge

Respectfully submitted this 4th day of March, 2015.

| **LEMBERG LAW, LLC** | **VARNUM, LLP** |
|---|---|
| /s/ Sergei Lemberg | /s/ Randall J. Groendyk |
| Sergei Lemberg | Randall J. Groendyk |
| 1100 Summer Street | Bar No: |
| Stamford, Connecticut 06095 | Bridgewater Place |
| slemberg@lemberglaw.com | P.O. Box 352 |
| Telephone: (203) 653-2250 | Grand Rapids, Michigan 49501-0352 |
| *Counsel for Plaintiff* | rjgroendyk@varnumlaw.com |
| | Telephone: (616) 336-6573 |
| | *Counsel for Defendant* |